IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00692-WYD-MJW

JEFFREY A. BRODE,

    Plaintiff,

v.

CHASE HOME FINANCE, LLC;
US BANK AS TRUSTEE FOR WMALT SERIES 2007 OA3 TRUST;
PLAZA HOME MORTGAGE, INC.;
WASHINGTON MUTUAL, INC.;
DOES 1 THROUGH 50;
ARONOWITZ AND MECKLENBURG, LLP;
SUSAN J. HENDRICK, ESQ., ATTY CO REG. NO. 33196,

    Defendants.

## **MINUTE ORDER**

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) and Brief filed by Defendants Aronowitz & Mecklenburg, LLC and Susan J. Hendrick (doc. # 26) is **STRICKEN**. The motion exceeds the page limitations set out in Section II.E.1 of my Practice Standards.

    Dated: April 29, 2010