IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00692-WYD-MJW

JEFFREY A. BRODE,

    Plaintiff,

v.

CHASE HOME FINANCE, LLC;
US BANK AS TRUSTEE FOR WMALT SERIES 2007 OA3 TRUST;
PLAZA HOME MORTGAGE, INC.;
WASHINGTON MUTUAL, INC.;
DOES 1 THROUGH 50;
ARONOWITZ AND MECKLENBURG, LLP;
SUSAN J. HENDRICK, ESQ., ATTY CO REG. NO. 33196,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Defendant Plaza Home Mortgage, Inc.'s ("PHM") Unopposed Motion to Dismiss Plaza Home Mortgage Inc. from Preliminary Injunction Proceedings (Dkt. # 32 filed April 29, 2010) is **GRANTED**. According to the motion, the injunctive relief sought by Plaintiff does not apply to PHM. Accordingly, PHM is relieved of responding to Plaintiff's Amended Motion for Preliminary Injunction and of presenting a defense at the Preliminary Injunction hearing set for May 11, 2010 at 1:30 pm before this Court.

    Dated: April 29, 2010.