**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

---

| | |
|---|---|
| Courtroom Deputy: Robert R. Keech | Date: May 11, 2010 |
| E.C.R./Reporter: Therese Lindblom | |

---

Civil Action No: **10-cv-00692-WYD-MJW**          Counsel:

**JEFFREY A. BRODE**,                                              Jared D. Adams

        Plaintiff,

v.

**CHASE HOME FINANCE, LLC;**                          Mark C. Willis
**US BANK AS TRUSTEE FOR WMALT**              Kelly S. Kilgore
**SERIES 2007 OA3 TRUST;**
**PLAZA HOME MORTGAGE, INC.;**
**WASHINGTON MUTUAL, INC.;**
**DOES 1 THROUGH 50;**
**ARONOWITZ AND MECKLENBURG, LLP;**     Susan J. Hendrick
**SUSAN J. HENDRICK, ESQ., ATTY CO**
**REG. NO. 33196**,

        Defendants.

---

### COURTROOM MINUTES

---

**HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

**1:38 p.m.**     Court in Session

        APPEARANCES OF COUNSEL.

        Court's opening remarks.

        Defendants' Motion to Dismiss [doc. #18], filed April 16, 2010, is raised for argument.

| | |
|---|---|
| 1:44 p.m. | Argument by Defendants (Ms. Hendrick). |
| 1:57 p.m. | Argument by Plaintiff (Mr. Adams). |
| 1:59 p.m. | Argument by Defendants (Ms. Hendrick). |
| 2:00 p.m. | Argument by Defendants (Mr. Willis). |

**ORDERED:** Defendants' Motion to Dismiss [doc. #18], filed April 16, 2010, is **GRANTED IN PART and DENIED IN PART as outlined by the Court.**

Plaintiff's Motion for Preliminary Injunction [doc. #10], filed April 1, 2010, and Plaintiff's Amended Motion for Preliminary Injunction [doc. #22], filed April 16, 2010, are raised for argument.

| | |
|---|---|
| 2:04 p.m. | Argument by Plaintiff (Mr. Adams). |
| 2:25 p.m. | Argument by Defendants (Mr. Willis). |
| 2:28 p.m. | Plaintiff's witness **Michelle Hudspeth** sworn. |

Direct examination by Defendants (Mr. Willis).
*EX ID:       A1, A2, A3, A4, A5, A7, A9*

**Exhibit/s A1, A2, A3, A4, A5, A6, A7, A8, A9 RECEIVED.**

| | |
|---|---|
| 2:45 p.m. | Cross by Plaintiff (Mr. Adams). *EX ID:       A2* |
| 2:51 p.m. | Defendants rest. |
| 2:52 p.m. | Plaintiff's witness **Jeffrey A. Brode** sworn. |

Direct examination by Plaintiff (Mr. Adams).
*EX ID:       3, 8, A8, 11*

**Exhibit/s 2, 3, 6, 7, 8, 9, 10, 11 RECEIVED.**

| | |
|---|---|
| 3:22 p.m. | Cross by Defendants (Ms. Hendrick). |
| 3:24 p.m. | Cross by Defendants (Mr. Willis). *EX ID:       A2, A9* |
| 3:26 p.m. | Plaintiff rests |

| | |
|---|---|
| **3:27 p.m.** | Court in Recess |
| **3:54 p.m.** | Court in Session |
| 3:54 p.m. | Argument by Defendants (Mr. Willis). |
| 4:03 p.m. | Argument by Defendants (Ms. Hendrick). |
| 4:13 p.m. | Argument by Plaintiff (Mr. Adams). |
| 4:37 p.m. | Argument by Defendants (Ms. Hendrick). |
| | Court makes findings. |
| **ORDERED:** | Plaintiff's Motion for Preliminary Injunction [doc. #10], filed April 1, 2010, is **DENIED.** |
| **ORDERED:** | Plaintiff's Amended Motion for Preliminary Injunction [doc. #22], filed April 16, 2010, is **DENIED.** |
| **4:49 p.m.** | Court in Recess - HEARING CONCLUDED |

**CLERK'S NOTE:** **EXHIBITS WERE RETURNED TO COUNSEL AT THE CONCLUSION OF THE HEARING.**

**TOTAL TIME: 2:44**