IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00692-WYD-MJW

JEFFREY A. BRODE,

      Plaintiff,

v.

CHASE HOME FINANCE, LLC;
U.S. BANK AS TRUSTEE FOR WMALT SERIES 2007 OA3 TRUST;
PLAZA HOME MORTGAGE, INC.;
WASHINGTON MUTUAL, INC.;
DOES 1 THROUGH 50;
ARONOWITZ AND MECKLENBURG, LLP;
SUSAN J. HENDRICK, ESQ., ATTY CO REG. NO. 33196

      Defendants.

---

## ORDER REGARDING JOINT UNOPPOSED MOTION TO VACATE THE RULE 16 SCHEDULING/PLANNING CONFERENCE AND DEADLINES ASSOCIATED THEREWITH AND TO EXTEND TIME TO RESPOND TO COMPLAINT (Docket No. 57)

---

THIS MATTER having come before the Court on Defendants Plaza Home

Mortgage, Inc. ("PHM"), Chase Home Finance, LLC ("Chase"), and U.S. Bank as

Trustee for WMALT Series 2007 OA3 Trust ("US Bank") Joint Unopposed Motion to

Vacate the Rule 16 Scheduling/Planning Conference and Deadlines Associated

Therewith and To Extend Time to Respond to Complaint pursuant to D.C.COLO.L.CivR.

6.1, 7.1 and Fed. R. Civ. P. 12, and having reviewed the same and being fully advised

in the premises,

IT IS HEREBY ORDERED that the Joint Unopposed Motion to Vacate the Rule

16 Scheduling/Planning Conference and Deadlines Associated Therewith and To

Extend Time to Respond to Complaint is GRANTED. The Rule 16 Scheduling/Planning

/ On July 9, 2010 At 8:30 Am

Conference/is vacated. The deadlines associated with the Rule 16 Scheduling/Planning

Conference are also vacated. Defendants PHM, Chase and US Bank shall have until

July 30, 2010 to respond to the complaint (Dkt. #1). (*)

Dated this 29th day of June, 2010.

BY THE COURT:

_____
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

(*) The Rule 16 Scheduling Conference
is Reset to August 19, 2010 At 2:00 pm
The parties shall file their Proposed
Rule 16 Scheduling order with The
Court Five (5) Days prior to the
Rule 16 Conference.