IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00692-WYD-MJW

JEFFREY A. BRODE,

    Plaintiff,

v.

CHASE HOME FINANCE, LLC;
US BANK AS TRUSTEE FOR WMALT SERIES 2007 OA3 TRUST;
WASHINGTON MUTUAL, INC.;
DOES 1 THROUGH 50;
ARONOWITZ AND MECKLENBURG, LLP;
SUSAN J. HENDRICK, ESQ., ATTY CO REG. NO. 33196,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The Unopposed Motion to Hold All Existing Pre-Trial Deadlines in Abeyance Pending the Court's Determination of the Joint Motion to Enforce Settlement Agreement (ECF No. 67 filed July 30, 2010) is **GRANTED**. All existing pre-trial deadlines including, without limitation, Chase and U.S. Bank's deadline for responding to Plaintiff's Complaint, are held in abeyance pending the Court's Determination of the Joint Motion to Enforce Settlement Agreement. Briefing is, however, required on the motion to enforce the settlement. The parties are directed to D.C.COLO.LCivR 7.1C for the deadlines to file response and reply briefs to that motion.

    Dated: August 2, 2010.