IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-00692-WYD-MJW

JEFFREY A. BRODE,

    Plaintiff,

v.

CHASE HOME FINANCE, LLC;
US BANK AS TRUSTEE FOR WMALT SERIES 2007 OA3 TRUST;
WASHINGTON MUTUAL, INC.;
DOES 1 THROUGH 50;
ARONOWITZ AND MECKLENBURG, LLP;
SUSAN J. HENDRICK, ESQ., ATTY CO REG. NO. 33196,

    Defendants.

## AMENDED ORDER

THIS MATTER is before the Court on Plaintiff's Motion for Release of Bond filed October 23, 2012.  The motion seeks an order releasing the $1,000 bond filed with the Court on March 25, 2010, as this case has been dismissed with prejudice.  The Court, having reviewed the motion and being fully advised in the premises,

ORDERS that Plaintiff's Motion for Release of Bond (ECF No. 75) is **GRANTED**. The $1000.00 bond posted by Plaintiff in March 2010, plus any interest that has accrued, is released to Plaintiff, and shall be delivered to Plaintiff's counsel.

    Dated:  October 26, 2012

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  Chief United States District Judge